FILED 07 NOV 20 12:47 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| DAVID NELSON, | Civil No. 3:06-CV-1254-BR |
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,499.99, pursuant to 28 U.S.C. § 2412, and costs in the amount of $350.00, pursuant to 28 U.S.C. § 1920 shall be awarded to Plaintiff. The check(s) shall be forwarded to: Wilborn Law Office, P.C., 19093 S. Beavercreek Road, PMB #314, Oregon City, Oregon 97045.

DATED this 20th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
(206) 615-3748
Of Attorneys for Defendant

Page 1    ORDER - [3:06-CV-1254-BR]